# Return receipt

260043991219765891

**Order number:** 902003193559879
**Receipt ID:** 2-6004-3991-2197-6589-1

**Foster Farms Chipotle BBQ Take Out Chicken Wings - Frozen - 16oz**
Return by May 4, 2026
Price: $6.79
UPC: 075278996720
DPCI: 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
TCIN: 76926867
VCD: 758-256-040
Release ID: 98592026010422054040371833

**Foster Farms Takeout Crispy Classic Buffalo Wings - Frozen - 16oz**
Return by May 4, 2026
Price: $6.79
UPC: 075278996706
DPCI: 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
TCIN: 78666378
VCD: 758-256-040
Release ID: 98592026010422054040371833

**Lemonade Variety Sugar-Free Drink Mix - 30ct - Market Pantry™**
Return by January 4, 2027
Price: $5.29
UPC: 085239251133
DPCI: 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
TCIN: 83704034
VCD: 758-256-040
Release ID: 98592026010422054040371833

**Punch Variety Sugar-Free Drink Mix - 30ct - Market Pantry™**
Return by January 4, 2027
Price: $5.29
UPC: 085239251140
DPCI: 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
TCIN: 83704035
VCD: 758-256-040

Release ID: 98592026010422054040371833


**True Lemon Sticks - Original Lemonade - 10pk/1.06oz**

Return by May 4, 2026

Price: $2.19

UPC: 810979001188

DPCI: 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

TCIN: 16744117

VCD: 758-256-040

Release ID: 98592026010422054040371833