Walmart

**Jan 09, 2026 order**
Order# 2000142-16678440

**$2.00 Walmart Cash added!** View your balance

| | | | |
|---|---|---|---|
| Fresh Seedless Watermelon, Each | Substitutions | Qty 1 | $7.88 |
| Dawn Powerwash Spray Refill, Dish Soap, Dishwashing Liquid, Lemon, 1 Refill, 16 Fl Oz | Shopped | Qty 1 | $3.94 |
| Marketside Caesar Salad Kit, 14.55 oz Bag, Fresh | Shopped | Qty 1 | $3.37 |
| Great Value Grade AA Extra Large Eggs, 18 Count | Shopped | Qty 1 | $3.26 |
| Marie Callender's Aged Cheddar Cheesy Chicken and Rice Bowl, Frozen Meal, 12 oz (frozen) | Shopped | Qty 1 | $2.76 |
| Healthy Choice Café Steamers Barbecue Seasoned Steak With Potatoes, Frozen Meal, 9.5 oz. Bowl | Shopped | Qty 1 | $2.77 |
| Great Value All Natural Chicken Breast Tenderloins, 3 lb (Frozen) | Shopped | Qty 1 | $10.84 |
| 73% Lean / 27% Fat Ground Beef, 1 lb Roll, Frozen, All Natural* | Shopped | Qty 1 | $5.44 |
| Zespri Sungold Fresh Kiwi Fruit, 2 lb Package | Shopped | Qty 1 | $8.97 |
| Freshness Guaranteed 8" Baked Pumpkin Pie, 22 oz Cardboard Box (Shelf Stable) | Shopped | Qty 1 | $5.23 |
| Smucker's Magic Shell Chocolate Flavored Topping, 7.25 ozs | Shopped | Qty 1 | $3.33 |
| Litehouse Old Fashioned Caramel Dip Snack Size 6 - 2 oz Cups | Shopped | Qty 1 | $4.48 |
| Angel Soft 2-Ply Toilet Paper, 18 Mega Rolls, 320 Sheets Per Roll | Shopped | Qty 1 | $12.77 |
| Fresh Honeycrisp Apples, 3 lb Bag | Shopped | Qty 1 | $4.97 |
| Great Value Whole Vitamin D Milk, Gallon, Plastic, Jug, 128 fl oz | Return complete | Qty 1 | $2.96 |

### More from this order

| | | |
|---|---|---|
| Mainstays - Dark Blue Round Plastic Tumbler, 26-Ounce | Qty 6 | $3.00 |
| Schwinn Cruise Super Midway Bicycle Saddle, Foam Padding, Black | Qty 1 | $34.96 |

| | |
|---|---|
| **Subtotal** | ~~$121.93~~ |
| Savings | -$1.00 |
| | **$120.93** |
| InHome delivery | $0.00 |
| Tax | $4.75 |

## Total $125.68

**Charge history** Your transaction activity for this order >

**Payment method** VISA **Ending in 7211**

Your payment method has a temporary hold for $137.88. An updated charge will appear on your statement within 10 business days.