Walmart

**Dec 29, 2025 order**
Order# 2000143-59902107

**$1.00 Walmart Cash added!** View your balance

| | | | |
|---|---|---|---|
| Crunch Pak Fresh Sweet Apple Slices, Family Size, 24 oz Resealable Bag | Substitutions | Qty 1 | $5.97 |
| Diet Mountain Dew Citrus Soda Pop, 12 oz, 15 Pack Cans | Substitutions | Qty 1 | $8.27 |
| Freshness Guaranteed Mini Vanilla Cupcakes and Chocolate Cupcakes, Red and Green Frosting, 24 Count | Unavailable | Qty 1 | $3.73 |
| Marketside Fresh Cut Cantaloupe Chunks, 16 oz Tray | Unavailable | Qty 1 | $4.84 |
| Marketside Classic Italian Salad Kit, 9 oz (Fresh) | Unavailable | Qty 1 | $2.47 |
| Great Value Disposable Foam Cups, 20oz, 14 Count | Shopped | Qty 1 | $2.58 |
| Great Value Red Disposable Plastic Party Cups, 18 oz, 50 Count | Shopped | Qty 1 | $3.98 |
| McCormick Original Taco Seasoning Mix, 8.5 oz Bottle | Shopped | Qty 1 | $6.32 |
| Great Value Disinfecting Wipes, 300 Count, 4 Pack | Shopped | Qty 1 | $11.98 |
| BIC Flex 5 Sensitive Men's Disposable 5-Blade Razors, Comfortable Shave, 4-Pack | Shopped | Qty 1 | $10.92 |
| Doritos Nacho Cheese Tortilla Snack Chips,Party Size, 14.5 Ounce Bag | Shopped | Qty 1 | $5.00 |
| Great Value Deluxe Cashews, 30 oz | Shopped | Qty 1 | $11.48 |
| Doritos Cool Ranch Flavored Tortilla Chips, Party Size, 14.5 oz Bag | Shopped | Qty 1 | $5.00 |
| Pop Secret Microwave Popcorn, Homestyle Butter Flavor, 3 oz Sharing Bags, 18 Ct | Shopped | Qty 1 | $7.58 |
| Equate Heavy Duty Fabric Antibacterial Bandages, Large, 20 Count | Shopped | Qty 1 | $1.98 |
| Del Monte No Sugar Added Red Grapefruit, 52 oz Jar | Shopped | Qty 1 | $8.97 |
| Tyson Any'tizers BBQ Flavored Bone In Chicken Wings, 22 oz (Frozen, Fully Cooked) | Shopped | Qty 1 | $8.47 |
| Great Value Extra Creamy Dairy Whipped Topping, 13 oz | Shopped | Qty 1 | $2.28 |
| Freshness Guaranteed 8" Baked Pumpkin Pie, 22 oz Cardboard Box (Shelf Stable) | Shopped | Qty 1 | $5.23 |
| 80% Lean / 20% Fat Ground Beef Chuck, 1 lb Roll, Fresh, All Natural* | Shopped | Qty 1 | $6.83 |
| Great Value Mint Chip Ice Cream, 48 fl oz | Shopped | Qty 1 | $2.97 |
| Great Value Chocolate Ice Cream, 48 fl oz | Shopped | Qty 1 | $2.97 |
| Great Value Dr Thunder Zero Sugar Soda Pop, 2 Liter Bottle | Shopped | Qty 2 | $2.00 |
| Dr Pepper Zero Sugar Soda Pop, 12 fl oz, 12 Pack Cans | Shopped | Qty 1 | $6.97 |
| Dr Pepper Soda Pop, 12 fl oz, 24 Pack Cans | Shopped | Qty 1 | $9.99 |
| Coca-Cola Soda Pop Fridge Pack Cans, 12 fl oz, 12 Pack | Shopped | Qty 1 | $5.50 |
| Coca-Cola Zero Sugar Cherry Soda Pop, 2 Liter Bottle | Shopped | Qty 1 | $1.98 |
| Diet Mountain Dew Citrus Soda Pop, 2 Liter Bottle | Shopped | Qty 1 | $2.00 |
| Coca-Cola Zero Sugar Soda Pop, 2 Liter Bottle | Shopped | Qty 2 | $3.96 |
| Equate 3% Hydrogen Peroxide Liquid USP Antiseptic, 32 fl oz | Shopped | Qty 1 | $1.00 |
| Great Value Bite Size Tortilla Chips Party Size, 18 oz | Shopped | Qty 2 | $5.34 |
| Great Value Traditional Italian Salad Dressing & Marinade, 16 fl oz | Shopped | Qty 1 | $1.97 |
| Great Value Light Balsamic Vinaigrette Salad Dressing & Marinade, 16 fl oz | Shopped | Qty 1 | $1.97 |
| Doritos Tortilla Chips 5 Flavor Variety Pack Snack Chips, 1 oz Bags, 18 Count | Shopped | Qty 1 | $9.97 |
| Snacks Frito Lay Tostitos Hot Spicy Queso Dip, 15 oz Jar | Shopped | Qty 1 | $4.74 |
| Great Value Garlic & Butter Seasoned Croutons, 5 oz Resealable Bag, Baked (Shelf Stable) | Shopped | Qty 1 | $1.42 |
| Tostitos Medium Blanco Flavored Queso Dip, 23 oz Jar | Shopped | Qty 1 | $5.38 |
| Hershey's Kisses Milk Chocolate with Almonds Candy, Share Pack 10 oz | Shopped | Qty 1 | $5.97 |
| Great Value Sweet & Tangy French Style Salad Dressing, 16 fl oz | Shopped | Qty 1 | $1.97 |
| Great Value Dry Roasted Peanuts, 16 oz | Shopped | Qty 1 | $2.58 |
| Great Value Garlic Pepper Crispy Onions Salad Topping, 3.5 oz Resealable Bag | Shopped | Qty 1 | $1.66 |
| Great Value Sweet Cream Salted Butter Twin Pack, 16 oz Box, 8 Sticks, Slow Churned, Refrigerated | Shopped | Qty 1 | $6.97 |
| Marketside Fresh Cut Watermelon, 16 oz Tray | Shopped | Qty 1 | $3.84 |

| | | | |
|---|---|---|---|
| Mountain Dew Citrus Soda, 12 fl oz 24 Pack Cans | Shopped | Qty 1 | $11.98 |
| Small Ice Bag (5 -10 lbs) | Shopped | Qty 1 | $2.33 |
| Great Value Barbecue Flavored Potato Chips, 7.75 oz | Shopped | Qty 1 | $1.50 |
| Fresh Strawberries, 1 lb | Shopped | Qty 1 | $3.12 |
| Marketside Bacon Caesar Salad Kit, 14.65 oz Bag, Fresh | You're all set! No need to return this item | Qty 1 | $3.37 |
| Marketside Pineapple, 16 oz Tray | You're all set! No need to return this item | Qty 1 | $4.97 |
| Marketside Classic Iceberg Salad, 12 oz Bag (Fresh) | You're all set! No need to return this item | Qty 1 | $2.14 |
| Freshness Guaranteed Chicken Breast Tenderloins, 2.0 - 3.0 lb Tray | You're all set! No need to return this item | Qty 1 | $8.24 |
| Diet Mountain Dew Citrus Soda Pop, 12 fl oz, 24 Pack Cans | Canceled | Qty 1 | $11.98 |

## More from this order

| | | |
|---|---|---|
| Great Value Diet Mountain Lightning, 2 Liter Bottle | Qty 1 | $0.84 |
| Dr Pepper Zero Sugar Soda Pop, 2 L, Bottle | Qty 2 | $4.00 |
| Ozark Trail Quad Folding Camp Chair with Cup Holder, Black | Qty 1 | $8.98 |

| | |
|---|---|
| **Subtotal** | ~~$278.14~~ |
| Savings | **-$20.71** |
| | **$257.43** |
| InHome delivery | $0.00 |
| Tax | $3.60 |

## Total $261.03

**Temporary adjusted total** ⓘ **$275.77**

This covers adjustments to your final order total for items that are priced by weight or potentially substituted, and state bag fees where applicable. After your final order total is confirmed, **we'll refund any amount that's left over.**

If needed, your credit or debit card will be used to cover any cost differences that may exceed the adjustment charge amount.

**Charge history** Your transaction activity for this order >

**Payment method**

VISA **Ending in 7211**

Your payment method has a temporary hold for $298.19. An updated charge will appear on your statement within 10 business days.

**Walmart Balance**