# Henry Barkett, DDS

Name Jason Jensen

3520 N Campbell Ave Ste 116
Tucson, AZ 85719-2381 PHONE: (520)881-8995

## .: TREATMENT CASE

Treatment Plan

| DATE | VISIT | TOOTH | SURF | CODE | PROV | DESCRIPTION | FEE | PATIENT | PRIMARY | Office |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2026 | 1 | | | D4346 | HB17 | Scale,gingival inflam-full mth | 112.00 | 56.00 | 56.00 | 239.00 |
| | | | | | | Visit 1 Totals: | 112.00 | 56.00 | 56.00 | 239.00 |
| 01/06/2026 | 2 | 8 | MF5 | D2331 | HB17 | Resin-two surfaces, anterior | 197.00 | 98.50 | 98.50 | 281.00 |
| 01/06/2026 | 2 | 9 | MF5 | D2331 | HB17 | Resin-two surfaces, anterior | 197.00 | 98.50 | 98.50 | 281.00 |
| 01/06/2026 | 2 | 10 | F5 | D2330 | HB17 | Resin-one surface, anterior | 161.00 | 80.50 | 80.50 | 235.00 |
| 01/06/2026 | 2 | 12 | B5 | D2391 | HB17 | Resin composite-1s, posterior | 173.00 | 86.50 | 86.50 | 257.00 |
| | | | | | | Visit 2 Totals: | 728.00 | 364.00 | 364.00 | 1054.00 |
| 01/06/2026 | 3 | 3 | | D2740 | HB17 | Crown - porcelain/ceramic | 1280.00 | 704.00 | 576.00 | 1623.00 |
| 01/06/2026 | 3 | 3 | | D2950 | HB17 | Core buildup, include any pins | 268.00 | 134.00 | 134.00 | 399.00 |
| 01/06/2026 | 3 | 3 | | D9504 | HB17 | Crown Delivery | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | Visit 3 Totals: | 1548.00 | 838.00 | 710.00 | 2022.00 |
| 01/06/2026 | 4 | 4 | | D2740 | HB17 | Crown - porcelain/ceramic | 1280.00 | 704.00 | 576.00 | 1623.00 |
| 01/06/2026 | 4 | 4 | | D2950 | HB17 | Core buildup, include any pins | 268.00 | 190.00 | 78.00 | 399.00 |
| 01/06/2026 | 4 | 4 | | D9504 | HB17 | Crown Delivery | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | Visit 4 Totals: | 1548.00 | 894.00 | 654.00 | 2022.00 |
| 01/06/2026 | 5 | 30 | | D2740 | HB17 | Crown - porcelain/ceramic | 1280.00 | 1280.00 | 0.00 | 1623.00 |
| 01/06/2026 | 5 | 30 | | D2950 | HB17 | Core buildup, include any pins | 268.00 | 268.00 | 0.00 | 399.00 |
| 01/06/2026 | 5 | 30 | | D9504 | HB17 | Crown Delivery | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | Visit 5 Totals: | 1548.00 | 1548.00 | 0.00 | 2022.00 |
| 01/06/2026 | 0 | | | D0801 | HB17 | 3D dental surface scan - direct | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | Visit 0 Totals: | 0.00 | 0.00 | 0.00 | 0.00 |

:: INSURANCE PROVIDER(S) ::

| Primary | Secondary |
|---|---|
| UHC | |

:: TOTALS ::

| Fee | Patient | Primary | | Office |
|---|---|---|---|---|
| 5484.00 | 3700.00 | 1784.00 | | 7359.00 |




:: FINANCIAL SUMMARY ::

| | |
|---|---|
| Treatment Plan Total | 5484.00 |
| Estimated Deductible to be Applied | 0.00 |
| Estimated Insurance Payment | 1784.00 |
| Estimated Patient's Portion | 3700.00 |
| Finance Status | |
| Patient Balance | 216.00 |
| Family Balance | 216.00 |
| Fee Expiration Date | 08/22/2025 |

:: DENTAL INSURANCE BENEFITS ::

| | | Patient | | Family | |
|---|---|---|---|---|---|
| | | Primary | Secondary | Primary | Secondary |
| Annual plan benefits | | 2000.00 | 0.00 | 0.00 | 0.00 |
| Paid Benefits YTD | | 0.00 | 0.00 | 0.00 | 0.00 |
| Pending Insurance Estimate YTD | | 216.00 | 0.00 | 216.00 | 0.00 |
| Estimated Benefits Remaining YTD | | 1784.00 | 0.00 | 1784.00 | 0.00 |
| Benefits Expire | | 12/31/2026 | NA | | |
| Deductible Owed YTD | Standard | 0.00 | 0.00 | 0.00 | 0.00 |
| | Preventative | 0.00 | 0.00 | 0.00 | 0.00 |
| | Other | 0.00 | 0.00 | 0.00 | 0.00 |

REPORT DATE: 01/06/2026

Alternate Cases:
Case notes:
Insurance benefits are ESTIMATED based upon information from the insurance company. It is not a guarantee of payment. Patient/Guardian is responsible for amount not paid by insurance. The fees listed above will be valid for up to 30 days.

Patient/Guardian agrees to pay their portion day of treatment. Payment will be made by: