DeCastro v. Las Vegas Metropolitan Police Department (2:23-cv-00580)
"Lets File My Lawsuit Against The Las Vegas Tyrant Cops From My Unlawful Arrest. #audit #court #popo" at https://www.youtube.com/watch?v=Pgn2nq9uWJU

TRANSCRIPT

0:00
the land of YouTube I'm just youtubing doing a little more than that actually
0:05
heading over heading over to handle the business that needs to be handled you know it sucks because I'm so busy and
0:13
I'm trying to get some things without without giving up the farm here um I'm
0:18
trying to do some things that require my attention and my time
0:24
and what's funny here's the funny part is um let me make sure my bluetooth is
0:29
off so you don't have an echo real quick hold on real quick yo do me a favor everybody hit the like button take your
0:36
finger real quick and take your thumb right there hit the like button hit the like button everybody hit the like
0:42
button just take two seconds and hit the like
0:47
button how you guys doing so it's funny because you know what's crazy is this
0:53
channel right here this channel right here is growing by almost 20,000 subscribers a month this channel right
0:59
here and I don't think I've put in nearly the amount of work this month
1:06
that I have in the previous months I hate that when I put clothes and stuff back there it looks really dirty I got to I'll just it's not dirty it's just
1:12
some laundry in the back but yeah it just doesn't look good but anyway I'm gonna what I'm going to do is I'm going
1:18
to sue Las Vegas Metro Police Department that's what I'm going to do I'm going to sue them I'm gonna Sue Las Vegas metro
1:27
PD I'm going to sue Las Vegas metro PD for $5 million that's what I'm going to do five million bucks because you know
1:35
why I want that Jesse sandavol who works for Las Vegas Metro Police Department I
1:40
want him fired you're not allowed to abuse somebody because you're a pig and
1:46
that's what he did that's the reason why I'm filing this lawsuit I would have let this go I would have because but I gave
1:53
Bor an opportunity I said look if you want to take These Cuffs off me and sit down and have a public conversation
1:58
about the difference is between us and he said no okay fine that was one the
2:04
second one was Jesse Saul from Las Vegas Metro Police Department jumping behind
2:09
me and torturing me because he has a one inch long he has a he he's he got a yeah
2:17
sorry sandal you must bro I would never torture a dude who's in torture cuffs because you're not

man enough to take me
2:23
on and that's the fact of the matter bro you're real tough when you've never actually had to take on any other man
2:30
you never actually had to you never sandal you never actually had to step on
2:35
the line and take on another man and so that's part of the reason why I'm suing Las Vegas Metro Police Department that's
2:42
why I'm suing you and that's why and just so you know Sorenson dittle
2:49
Tori Bor Sorenson you are all listed on the
2:54
lawsuit in your individual capacities your qualified immunity it's going to go outside your qualif immunity because you
3:01
should know better but then bour made up that there's First Amendment Auditors which I kind of identify myself more as
3:08
a cop Watcher but I certainly do some First Amendment Audits and and he decided he said that first amendment
3:15
Auditors are dropping the camera and pulling out a gun and shooting cops and
3:20
then I said well can you show me one example of that and he couldn't bour you're a lion piece of garbage dude
3:26
you're a trash man bro you you're trash you're not a trash man by the way to the sanitation workers who
3:32
contacted me I'm I'm trying I'm so used to calling people a garbage man not really you know and that's comes from
3:38
being a child when you're a kid you call people a garbage man because Oscar the Grouch you're a garbage man right so
3:45
anyway um garbage men and garbage people women they work very hard for their
3:51
living they work very hard for their money now look I'll be honest with you you know bour the guy who arrested me
3:58
wrongfully who charged me with interfering for simply standing there and filming dude you I think you're
4:04
going to I think you're going to I mean I think I think you should be held
4:10
accountable these you know it has to be by state constitution let me talk about being governor for a second so when
4:16
you're the executive what you can do and you can do a lot of things anybody can bring forth a new state constitution so
4:24
the state constitution where you live it has to be written in the State Constitution that if a cop is sued for a
4:31
federal civil rights violation and found guilty he can never be a peace officer again what about that idea what about
4:39
that idea if a copper if a copper is convicted and loses not not
4:46
even convicted in civil court if a copper is sued civil for a federal civil

4:52
rights violation which which will which would be under a US Code 42 so if he is sued
4:59
under a us Code 42 which is a civil violation versus a US code 18 which is a criminal violation every state
5:06
constitution your state constitution California Nevada Tennessee New York
5:11
every single state constitution has to be changed the state constitution has to be changed now you know why I'm running
5:19
for governor because I understand how some of these things work I'm not going to understand everything because my
5:24
knowledge is limited as we learned from John Lock in essays and understanding Humanity 16 89 we learned that your
5:31
knowledge and your ability to know a lot of things is extraordinarily limited as
5:37
knowledgeable as I am I have this much knowledge in the grand scheme of the world so um stay tuned for one second
5:44
because we're about to have a little interaction here we're about to have a little bit of interaction right here because these coppers have to understand
5:52
they got to understand and I am uh 7 minutes from wner 7 minutes from
5:59
wner 7 minutes from wner we will begin we will begin in 7 minutes as soon as I get
6:05
to where I got to be we will begin why I started this live and what I'm doing here right now I'm going to hold these
6:10
filthy pigs accountable and you know what it's it's just the beginning of changing policy because their policy
6:18
allowed Jesse sandavol pig that he is it allowed him to jump behind me and
6:25
torture me and there was no reason for it and sandal just so you know a lot of people you know I I tell a lot of cops
6:32
I'm going to sue them I don't Sue all of them but I've sued a few cops around the country and I was I would have been
6:37
willing to let this one go had they let me go and sand ofal didn't torture me
6:45
but because of the torture and because they did what they did to me I'm suing them I'm suing I'm I'm I'm suing you
6:52
you're getting sued now like now you're getting sued right now so that's what we're going to do
6:59
we're going to hold him accountable that's all we can do look I can't do what I really want to do what I really
7:05
want to do to sand of all I can't say out loud it I'd get in trouble I can't
7:11
say that what I'd actually like to do to
7:17
him I'd like to get a hold of that guy I'd like to get a hold of him you know
7:22
let's let's let's see if he I I just you know it's ego and it's attitude and it's anger and it's frustration and it's
7:28

angst and all these things you you get you get filled up with consternation because someone has physically
7:35
manhandled you and they're not qualified you have to spend thousands of hours on the mat to handle a real man or you
7:43
can't he'll beat the hell out of you they use the color of law to abuse me
7:48
guy couldn't step on the mat and do it couldn't do that has to abuse me when I'm in torture cuffs sit there and
7:54
squeeze me and abuse me and dig into my arm look there's still a slight bruise there you can still still see a little
8:00
bit of a bruise Jeff hates pigs eat my shorts copper eat my shorts copper eat
8:08
them eat my shorts Doty dirty pig that's how I see it I
8:16
just I just can't stand them time to sue some Piggies time to sue some Piggies
8:22
right now and just so you guys know there's case precedent on this already 3 million bucks that's the case
8:28
precedent on being arrested for no reason you can't arrest me for no reason
8:34
for doing a constitutionally prot and then here's what the copper said here's what the copper said the copper said
8:40
what exit is that okay so the copper said that they were arresting me to
8:45
detour my first amendment Behavior now they didn't put the words first amendment in there but they said they
8:51
were arresting me to detour my behavior which is what being a journalist in
8:57
filming cops I'm not going to stop filming pigs I'm not if I could do it again when I was in ironon when that
9:04
corrupt judge Waldo said I couldn't film the piggies I would have just gone and filmed them that night I should I should
9:09
have just done it then but you know they want to put you in the dungeon where they can kill you that's their goal remember once they get you in the
9:15
dungeon it doesn't have to be a guard that kills you it can be an inmate it can be can be anybody but they don't
9:21
have to use a a a cop or a guard to kill you once they get you inside the dungeon
9:27
once they get you inside the dungeon they can kill you in a myriad of ways so you have to be very careful not
9:34
to get locked into a dungeon where they can murder you and that happens all the
9:40
time it happens all the time it's regular it happens all the time so today
9:46
though today we are going to sue these pigs that's what happens today that's
9:52
what happens today sue the pigs sue the
9:57
pigs and so that's what I'm going to do and listen I don't have time for this you know shout out to my to my people my

10:04
team there are people who help me that I could not do the things I do without the
10:10
help from others you know and originally I think you guys remember when I originally started my mission in 2021 I
10:17
was going to go and get and take the bar either study under a lawyer for a couple years or do the law school for a couple
10:25
years and then take the bar you know as I got into this and I continued to do this you know I don't want to I don't I
10:31
don't want to spend my time working on things I don't care about the system has to be changed and until the system is
10:38
changed we will continue to see people be arrested for no good reason and oh by
10:44
the way I'm allowed to change my mind it's my life I'll do whatever the I want and if you don't like it get the out of
10:51
here go go have a ham sandwich I don't care I'm not here to please you I'm here
10:58
for my life and my life has told me to take my skills and my my ability to lead
11:04
and to lead properly to get into executive power and change this [___] system from the top down I can't do that
11:12
if I waste two years in law school or working under a lawyer and I'm working on some guy's case and I don't give a
11:17
damn I don't care because it's not going to change the system so there's people who contact me all the time there's a
11:23
guy in Florida right now I'd love to help out I can't help him out I can't I can't I only have so many minutes in a
11:29
day so many hours in a day and so I just have to be careful with my
11:35
time that's what I have to do I got to be careful with where I spend my time it's it really really matters I mean you
11:42
guys everybody here even people who don't like me whatever right it doesn't matter until one of us gets to ex you
11:49
know even people who talk trash about me who who think that they're in competition with me which you're not bro
11:55
you're not in competition with me you do your thing I'll do my thing I've openly said I'm a leader and I'm going into
12:00
leadership you're welcome to challenge me for that leadership position but other than that we're not competing in anything we're not competing for views
12:06
we're not competing for money we're not competing for women we're not competing for anything dude you're you're doing
12:13
what what you do and I'm doing what I do there is no competition between us the
12:18
only competition you have is against yourself and that's why I have to manage my time properly to make sure I don't
12:23
waste my time so we are just uh 3 minutes from

12:28
wner three minutes from wner time to hold some pigs accountable time to hold some pigs accountable today and Jesse
12:36
Sandoval lost Vegas Metro Police Department my goal is to get you fired that's my goal to get Jesse sandavol
12:41
fired bour should be fired as well for arresting me but sand ofal for torturing me and using a policy and abusing a
12:48
policy to sit there and hurt me it has he has to go he's got to go that's a pig
12:54
right there that's a pig right there oh and then the the never ending compet
12:59
ition for who's got the worst pigs in the country go ahead and chime in who thinks they got the worst pigs in the
13:05
county where you are who thinks just just go ahead and put it in there and everybody hit the like button hit the
13:11
like button take your finger and hit the like button right now take your finger
13:17
and hit the like button it's right down there it's right down there hit the like button a lot of people just they're listening and they're doing dishes or
13:23
walking their dog and so unless it's an audit where there's actual coppers involved on the scen a lot of people
13:30
just listen to the to the talking so do me a favor hit the like button and then drop down in the comment section where
13:36
you guys are watching from where is everybody watching from right this second so I kind of have an idea I'm in
13:43
Las Vegas Nevada and you're about to find that out in an even bigger way in one second I'm in Las Vegas
13:53
navida okay time to hold them accountable and that's all we can really do this is all we can really do no
14:01
public parking okay well we're about to we're about to meet some coppers right now about to meet some coppers what's up
14:08
copper coppers we're about to meet y'all about to meet y'all right now Las Vegas is in the hzy what's going on Vegas I'm
14:14
here right now I'm in Las Vegas right now for the time being right this minute I'm in Las
14:20
Vegas navida I love it I love Nevada I love this state I've been here so many
14:26
times in my life spent so many good times here I have so many great memories in my early 20s parting my ass off and
14:33
going to all these amazing venues when I was young and you know full of energy
14:38
and I I can't stand the club now I make it about 5 minutes it could be that 48-year old
14:44
thing I literally last five minutes inside of a nightclub I walk in boom
14:49
boom boom boom boom awesome let's go awesome let's go I'm going to show
14:57
you guys some shiznits here and one second as soon as this light passes here I'm 1 minute away one

minute from wner
15:04
one minute from wner right now we are 1 minute away
15:10
unoo unoo Ino Ino
15:16
minut could be worse could be worse all righty then okay so let's take
15:25
a look at it let's take a look at what we're doing today and I'm going to
15:31
it's so funny you know those LOL suits I guess they they
15:37
got some teeth huh the LOL suits the the I guess they got some teeth and just for the record just so everybody here knows
15:43
I have not lost a lawsuits since I've started lawsuits I've lost a couple motions I've lost a couple restraining
15:49
order hearings I haven't lost a lawsuit yet and so here is another here's
15:57
another right here so right here there's your summons right there cover sheet and
16:02
then right here summons cover sheet and then here is the lawsuit right here
16:08
here's here's the lawsuit this have all my information on it everything's pretty much public everything that I am is is
16:13
totally public so a me member of the press specifically records police
16:22
interactions outside of Rolland Smoke Barbecue in Southwest Las Vegas Nevada
16:29
Metro 5 Las Vegas Metro Police including the officer that he was recording under the guise of protecting the privacy of
16:36
another citizen in public without Reasonable Suspicion which why why is it say here without Reasonable Suspicion
16:42
because that is Rodriguez versus United States you cannot stop a stop with the core criminal conduct and leave that
16:49
stop unless there's a core criminal conduct or Reasonable articulable Suspicion of a crime me recording that
16:55
pig and him extending the stop is a Rodriguez versus United States sorry for
17:01
all you idiots who keep on saying stupid stuff that's what Rodriguez applies to right here it actually has a case
17:07
precedence previous to Rodriguez but I'll get into that in criminal activity and therefore did not with the plaintiff
17:13
Rob the Liberties that he was in place and that he had lawfully allowed to be while planus was performing a
17:19
constitutionally protected activity they forced him they tortured him forced him into the back patrol car
17:25
and searched him and his possessions none of the defendants intervene to prevent the unreasonable detention
17:31
arrest battery torture of or or searches so then this goes on right here and this
17:38

this lawsuit is going to end up being 15 pages long I will post this entire
17:43
lawsuit on my website delet laws.com there is no reason you have to go to a troll channel to read my we to read my
17:50
lawsuit it will be available on delet laws.com delet laws.com so let me show
17:57
let me see the chat again there it is there you guys are okay
18:04
so um listen now let me go to the courthouse steps here and let's begin
18:09
let us begin let us begin let us
18:16
begin leave this phone right here what's up playboy what's up playboy here we go
18:23
here we go where are those keys
18:32
[Applause] there that is there there that is one
18:46
second one second real
18:52
[Music] quick one sec real quick
19:05
sorry we don't stop that's for damn sure uh let me see let me
19:17
just okie doie pokey Smokey okay
19:27
so okay so now we're going to go file this lawsuit right now is what we're going to
19:33
do give me one
19:40
[Music] second okay
19:56
so so
20:07
so I'm in front of the Federal Building here in Las Vegas and what I need to do
20:13
is I need to crowdfund $42 to file this lawsuit that's what I need to do so if anybody is so inclined
20:21
uh please post up my PayPal my venmo my cash app I got to raise 402 bucks right
20:26
now to Su Las Vegas Metro Police Department so uh the super chats I can
20:33
only take half of that but um yum yum would you do me a favor will you post my my venmo my PayPal my cash
20:41
app I got to raise $42 this is a $42 fundraiser so that I can sue Las Vegas
20:47
Metro Police Department I'm going to sue these people and I'm going to sue them to the very end and just so you guys know this is a
20:53
$5 million lawsuit so any person who donates I'll gladly give your money back
20:59
once I win this