IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Jason Adam Jensen,
Plaintiff,
v.

Citibank NA, et al.,
Defendants.
**Case No. CV-25-00434-TUC-JGZ**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**

Pending before the Court is Plaintiff's Motion for Reconsideration (Doc. ___) pursuant to LRCiv 7.2(g) and FRCP 59(e)/60(b). Plaintiff seeks reconsideration of this Court's Order dated January 14, 2026 (Doc. 8), which denied Plaintiff's Application to Proceed *In Forma Pauperis* and required payment of filing fees.

**FINDINGS**

Upon review of the Motion and the new evidence presented, the Court finds as follows:

1. **New Facts:** Plaintiff has demonstrated the existence of new material facts regarding immediate financial liabilities—specifically significant medical/dental debts totaling approximately $3,700.00—that were not available at the time of the original Application.
2. **Insolvency:** The Court finds that while Plaintiff's income may statistically exceed certain poverty guidelines, the actual cost of necessities (housing, food, and medical care) renders Plaintiff functionally insolvent. Requiring payment of the $405.00 filing fee would deprive Plaintiff of the necessities of life, contrary to the standard set forth in *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331 (1948).
3. **No Abuse of Process:** The Court finds that Plaintiff's filings in this matter raise substantive questions regarding the Americans with Disabilities Act and federal arbitration law for which there is no controlling precedent. Plaintiff has satisfied the certification requirements regarding the novelty of his claims as discussed in *Franklin v. Murphy*, 745 F.2d 1221 (9th Cir. 1984), and no pre-filing order limiting his access has been entered.

**ORDER**

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Reconsideration (Doc. ___) is **GRANTED**.
2. The Court's Order dated January 14, 2026 (Doc. 8) is **VACATED** and **SET ASIDE**.
3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **GRANTED**.

4. Plaintiff may proceed in this action without prepayment of fees or costs or giving security therefor.
5. The Clerk of Court shall process the Complaint in accordance with the standard procedures for *In Forma Pauperis* filings.

Dated this ______ day of ________________, 2026.

Honorable Jennifer G. Zipps
United States District Judge